**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MATTIE POWELL, SAMANTHA HAYNIE**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of All Others Similarly Situated**                          **PLAINTIFFS**

**VS.**                          **CASE NO. 6:20-CV-6145-SOH**

**DALE E. KLOSS**                                               **DEFENDANT**

**BRIEF IN SUPPORT OF MOTION TO DISMISS**
**ORIGINAL COMPLAINT-COLLECTIVE ACTION**

The Defendant contends that there was not compliance with the service of process rules under Fed. R. Civ. P. 12(b)(5). The Defendant was never served with a Summons and the Complaint in the service of process. The Proof of Service indicates that a person by the name of Kaitlyn Hewitt at 1011 Central Avenue, Hot Springs, Arkansas was served with the Summons.

The Defendant submits that Kaitlyn Hewitt was not a resident of 1011 Central Avenue, Hot Springs, Arkansas but may have been a temporary housekeeper who was handed what she believed was "some papers" and left them on a piece of furniture at 1011 Central Avenue, Hot Springs, Arkansas.

The Defendant submits that this is not proper service and the Complaint against him should be dismissed. A copy of the Affidavit of Dale Kloss is attached hereto as Exhibit "A" and incorporated herein by reference as if set out word for word. The Proof of Service is attached hereto as Exhibit "B" and incorporated herein by reference as if set out word for word.

Rule 5 of the Federal Rules of Civil Procedure provides that service must be upon the Defendant or leaving with a person at the person's dwelling or usual place of abode with someone of suitable age and discretion **who resides there**. Rule 5(b)(ii). *Dillehay v. Department of Housing and Urban Development*, 334 Fed. Appx. 53; *Adams v. AlliedSignal General Aviation Avionics*, 74 F.3d 882 (1996)

Respectfully submitted,

Dale E. Kloss, Defendant

By:  Q. Byrum Hurst_____
Arkansas Bar No. 74082
Hurst Law Group
518 Ouachita Avenue
Hot Springs, Arkansas 71901
(501) 623-2565 Telephone
(501) 623-9391 Facsimile
qbyrum@hurstlaw.org

## CERTIFICATE OF SERVICE

I, Q. Byrum Hurst, hereby certify that on the 4th day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Josh Sanford
Courtney Lowery
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
courtney@sanfordlawfirm.com

By:    Q. Byrum Hurst_____
Q. Byrum Hurst