**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MATTIE POWELL, SAMANTHA HAYNIE**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of All Others Similarly Situated**                              **PLAINTIFFS**

**VS.**                          **CASE NO. 6:20-CV-6145-SOH**

**DALE E. KLOSS**                                          **DEFENDANT**

### BRIEF IN SUPPORT OF DEFENDANT'S
### RESPONSE TO MOTION TO COMPEL

**COMES NOW** the Defendant, Dale E. Kloss, by and through his attorneys, Hurst Law Group, through Q. Byrum Hurst, and for his Brief in Support of Response to the Motion to Compel herein, states and alleges:

Defendant has responded with all the information that he had to the Plaintiffs' Interrogatories and Requests for Production of Documents.

The Defendant has explained that his wife died and it made it much more difficult to find records and statements as she maintained some or was aware of their location. Furthermore, the Defendant himself has been ill and has attempted to answer or respond as best he could with the information that he had.

That the Defendant has been advised that some of the entertainers, that are Plaintiffs, have executed statements that they do not wish to pursue the cause of action. They did this in order to obtain employment as an independent contractor entertainer and not by any duress or coercion of the Defendant.

Page 1 of 2

The Plaintiff has moved for a Motion to Compel alleging under Rule 37 of the Federal Rules of Civil Procedure, that there were inadequate answers. The Defendant contends that there were unusual and undue hardship placed upon him and that it will take him at least thirty (30) days in which to be able to find any material that may supplement his previous answers.

The Defendant submits that there is substantial justification to give him additional time as his deceased wife was the one who filed and stored material and since her death, the Defendant has been unable to find this material.

Respectfully submitted,

Dale E. Kloss, Defendant

By: Q. Byrum Hurst_____
Arkansas Bar No. 74082
Hurst Law Group
518 Ouachita Avenue
Hot Springs, Arkansas 71901
(501) 623-2565 Telephone
(501) 623-9391 Facsimile
qbyrum@hurstlaw.org

## CERTIFICATE OF SERVICE

I, Q. Byrum Hurst, hereby certify that on the 8th day of March, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Josh Sanford
Courtney Lowery
Sanford Law Firm, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
josh@sanfordlawfirm.com
courtney@sanfordlawfirm.com

By: Q. Byrum Hurst_____
Q. Byrum Hurst