**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**MATTIE POWELL, Individually;**
  **And, on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

VS.                              CASE NO. 6:20-CV-06145-SOH

**DALE E. KLOSS**                                                         **DEFENDANT**

### MOTION FOR CONTINUANCE OF JURY TRIAL SCHEDULED NOVEMBER 27, 2023 AND REQUEST FOR SETTLEMENT CONFERENCE

Comes now the Defendant by and through attorney Travis J. Morrissey of the Morrissey Law Firm; and, for this Motion for a Continuance of the Jury Trial Scheduled herein on November 27, 2023, and for a Settlement Conference, hereby state to this Honorable Court the following:

1. To this attorney's knowledge, the Court has not previously ordered and the parties have not participated in a Settlement Conference herein but, Defendant believes same may prove fruitful.

2. Therefore, for the reasons stated herein, this attorney would respectfully request the relief requested herein and, further, that this Motion is made for meritorious reasons and not for purposes of delay.

**WHEREFORE,** Defendant prays that this Honorable Court continue the Jury Trial scheduled herein on November 27, 2023; for a Settlement Conference to be scheduled; and, for any and all other relief to which Defendants may be entitled.

***Powell vs. Kloss, et al***
Motion for Continuance Of Jury Trial Scheduled November 27, 2023
 And Request for Settlement Conference

---

                                        Respectfully submitted,

                                           **/s/ Travis J. Morrissey**
                    **By:** **Travis J. Morrissey, Arkansas Bar #99033**
                         **Morrissey Law Firm**
                         835 Central Avenue – Suite 509
                         Hot Springs, Arkansas 71901
                         (501) 623-7372 or 622-6767 Telephone
                         (501) 623-2822 Facsimile
                         Electronic Mail - tjm@tjmlegal.com
                         Website – Hotspringslawyer.net