IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTIE POWELL, *et al.*                                                                                     PLAINTIFFS

v.                                       Case No. 6:20-cv-6145

DALE E. KLOSS                                                                                                DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Continue Trial and Request Settlement Conference. ECF No. 72. Defendant requests a continuance of the trial in this matter set to commence on November 27, 2023. Defendant states that they desire a continuance to allow time for a settlement conference that they also request be conducted. Plaintiff responded in partial opposition, stating that they agree to a settlement conference but oppose a continuance of the trial. ECF No. 73.

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, Defendants' Motion to Continue Trial and Request Settlement Conference (ECF No. 72) is hereby **GRANTED**. The trial in this matter is hereby **continued** and will now commence on February 26, 2024. All remaining deadlines shall be adjusted accordingly. The Court will refer this matter to a United States Magistrate Judge for a settlement conference.

**IT IS SO ORDERED**, this 25th day of September, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge