IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**                                        **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.                    No. 6:20-cv-06145-SOH

**DALE E. KLOSS**                                                                   **DEFENDANT**

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Mattie Powell, Samantha Haynie, Cheyenne Kimbrell, Alexandria Parker-Shipman, Lani Powell, Destiny Richardson, Tatiana Sandoval, Taylor Smith and Brianna Venable (collectively "Plaintiffs"), each individually and on behalf of others similarly situated, by and through their attorneys of the Sanford Law Firm, PLLC, for their Motion for Partial Summary Judgment as to 1) Plaintiffs' status as employees under the FLSA, 29 U.S.C. § 201 *et seq*., and the Arkansas Minimum Wage Act, A.C.A. § 11-4-201 *et seq*. ("AMWA"); 2) Defendant Dale Kloss' status as an employer under both the FLSA and the AMWA; and 3) the willfulness of Defendant's conduct in violation of the FLSA; and hereby state and allege as follows:

      1.     French Quarter is a club in Hot Springs, Arkansas, that provides adult entertainment in the form of exotic dancers. Plaintiffs performed at French Quarter as exotic dancers during the period relevant to this lawsuit.

2. Defendant Dale Kloss, a/k/a Duke Kloss, is the owner of Kloss Properties, French Quarter's parent company.

3. Defendant does business as French Quarter or French Quarter Partners.

4. Defendant denies that Plaintiffs were Defendant's employees, characterizing them instead as independent contractors, joint venturers, or lessees.

5. Defendant did not pay Plaintiffs any hourly wages.

6. Plaintiffs are entitled to summary judgment to the effect that dancers were employees of Defendant. The employment status of exotic dancers has been litigated in the federal courts many times, and numerous courts, including the Eastern District of Arkansas, have found on summary judgment that exotic dancers are employees entitled to the minimum wages mandated by the FLSA. Because dancers were employees under the FLSA, they were also employees under the parallel provisions of the AMWA.

7. Plaintiffs are entitled to summary judgment to the effect that Defendant Kloss was their employer as that term is used in the FLSA and the AMWA. The FLSA's broad definition of 'employer' encompasses persons who exercised operational control over an organization, even where that control was exercised intermittently or through delegates. Mr. Kloss was the driving force behind French Quarter and oversaw its operations on a daily basis.

8. Plaintiffs are entitled to summary judgment to the effect that Defendant's violations of the FLSA were willful. In refusing to pay hourly wages to dancers, Defendant recklessly disregarded 20 years of case law holding that exotic dancers are entitled to minimum wage.

9. The facts relevant to this Motion are not in dispute as set forth in Plaintiffs' Statement of Undisputed Material Facts filed herewith pursuant to Local Rule 56.1.

10. In support of their Motion, Plaintiffs incorporates the following documents:

   1) Declaration of Mattie Powell, ECF No. 8-7;
   2) Declaration of Cheyenne Kimbrell, ECF No. 8-8;
   3) Declaration of Alexandria Parker-Shipman, ECF No. 8-9;
   4) Declaration of Tatiana Sandoval, ECF No. 8-10; and
   5) Declaration of Taylor Smith, ECF No. 8-11;

11. In support of their Motion, Plaintiffs files herewith the following Exhibits:

   1) Ex. 1: French Quarter Menu; and
   2) Ex. 2: Arkansas Secretary of State information on French Quarter.

12. This Motion is supported by a memorandum brief filed contemporaneously herewith.

WHEREFORE, Plaintiffs respectfully request that their Motion for Partial Summary Judgment be granted in its entirety, and for all other just and equitable relief to which they may be entitled.

Respectfully submitted,

**MATTIE POWELL, et al., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com