# Welcome to the French Quarter

## 903 Central Ave., Hot Springs, Arkansas 71901



### Drinks $5.00

Pepsi - Diet Pepsi
Sierra Mist
Mt. Dew
Bottled Water
St. Pauli Girl
Ice-Down Charge for Beer PP $3.00

### Drinks $4.00

Red Bull
Tonic Water
Orange, Pineapple, V8 Juice
Cranberry Juice

### Candy & Snacks $2.00

Slim Jim, Potato Chips, Doritos, Fritos
Assorted Chocolate Bars, varies by day
Three piece Chicken Dinner (watch it)
Two delicious Tootsie Pops

### Smokes $10.00

Marlboro Red Long or Short
Marlboro Lights Long or Short
Newport Long or Short
Camel Crush
Cheapo imitation BIC lighters $1.00
Stop Smoking advice from Doc...free

## Order a Royale

Choice of ANY dancer in the Club
Drink for girls
Manager sucks up to you shamelessly
Best Private Dance Room Available or
Doc's Private Dance Room
1 Hour of the BEST Entertainment
$300.00 per Dancer Limit Three



Also plan to visit
**Johnson Tanning**
**207 Olive St.**
**"Right Around the Corner"**
**Love in a Hot Tub!**

## Private Dances

½ Hour VIP per dancer........ $100.00
20 Min Shower Dance VIP... $100.00
5 Songs ............................... $60.00
4 Songs ............................... $50.00
3 Songs ............................... $40.00
2 Songs ............................... $30.00
1 Song.................................. $20.00
Downstairs VIP Rooms for 3/$40.00 up

## Other Delights

½ Hour Back Rub
  at the Bar........... $50.00 (Big Rub)
2 Song Back Rub
  at the Bar......................... $20.00
Dancers Drink ...................... $20.00
VIP Royale .......................... $300.00

### ATM




# French Quarter

## TIPPING GUIDE:

### Our employees work for tips

1. If the waitress brings you a Pepsi a buck is appropriate.
2. If the waitress hooks you up with dances or ladies drinks 10%.
3. Tip for a private dance session 10% to $100 depending.
4. Stage tips: $1 to $5 per song. MAKE IT RAIN.....$25-$50.
5. The Host goes to the store for you: $10-$15
6. Normal Host tip from customer for great hosting $5
7. The bar bitch does anything for you $2 in jar.
8. "Let me see those puppies" $10 (always appropriate to ask or for the puppy owner to decline).
9. Asking the Big Cheese to perform a wedding or a funeral $100.
10. Telling a joke to the Big Cheese..................Priceless.

## Arkansas Law & Topless Bars

There are two types of topless bars in Arkansas.

Juice Bars are BYOB, don't serve alcohol, and are not regulated as much as liquor bars.

Liquor bars are regulated by the ABC and are considerably tamer. They do not allow private dances, and require a 3 foot buffer zone. Dancers wear pasties (not pastries, which are delicious baked treats).

French quarter is a Juice Bar. We do not sell liquor. You may bring in whatever liquor you like and can legally consume.

## Our Policy

1. Dancers can't leave with customers.
2. At any time we may ask a customer to leave. The safety and welfare of our employees is our top concern. Aggressive behavior, rudeness, fighting, flirting with female customers, and sleeping will be cause for immediate ejection from the premises.
3. No guns, knives stun guns or jello will be permitted in the club.
4. Say "no, thank-you" to drugs, be polite. We have a zero drug tolerance with our employees and customers.
5. Women customers are not allowed to "compete" with customers. If you are a female customer that offers any type of services to someone (male or female) to anyone not in your party, you will be labeled a hooker and the girls will paint a big "A" on your forehead and toss you out into the night.
6. No men on stage. We do not do "birthday or bachelor night" humiliations of anyone.
7. No photography, even with your cool cell phone cam.
8. Firing dancers: strictly your call. If you don't like the dancer you are with, fire her by standing up and announcing loudly "you're fired bitch." You may immediately hire someone else by asking "may I buy you a drink?" Naturally, you may have multiple dancers and any combination of drinks and dances you want. Try to remember here that they can fire you as well.
9. This wonderful little piece of heaven that we call the "French Quarter" is everyone's hang out. There are baby showers here, people get married here, and mostly it is the favorite place for many of us to hang out. The center point of how we work is respect. Everyone is treated well here. There are no bullies, tough guys, members of superior races or religions. The Quarter is more like Cheers than a topless bar. People come here to have a good time, and the employees come here to make sure that happens.
10. If you are having a bad day, get a back rub and buy a beautiful girl a drink.
11. The French Quarter was designed to be, and is an old guys bar. You young guys are welcome to share, but if you get out of line, two grey haired old farts are going to take you out back and kick the shit out of you.
12. We do not tolerate underage drinking. This goes for employees and guests. Please do not offer liquor to a dancer without asking if she is old enough to drink.

## THIS REALLY SUCKS:

*Our insurance company requires that all beer is iced. This is done to prevent untimely beer explosions...known to cause an omnium-gatherum of mayhem. We charge $3 per person for ice in coolers, buckets (ours), cups. On busy nights we may have extra rules regarding large coolers. It is almost impossible to escape the ice charge.*

**LOOKEE HERE->** If you give a girl a beer and she accepts, you have bought her a drink. You will be charged $20 per drink. If a lady says "can I have a beer?" same deal. Same goes for liquor.

**GUEST DANCING** ➔ Female customers are always welcome on stage. The dancers dance two song sets in a rotation that is hanging up at the end of the bar. You must ask the individual dancer if you may dance with her on stage. Please note, ALL stage tips belong to your host dancer. Any craziness may be terminated by the bar manager.

## THE FRENCH QUARTER IS THE MOST UNUSUAL BAR OF ITS KIND IN THE WORLD.