**Details**

For service of process contact the **Secretary of State's office.**

LLC Member information is now confidential per Act 865 of 2007

**For access to our corporations bulk data download service click here.**

Corporation Name
FRENCH QUARTER PARTNERS, LLC

Fictitious Names
—

Filing #
800169984

Filing Type
Limited Liability Company

Filed Under Act
Domestic LLC; 1003 of 1993

Status
Good Standing

Principal Address
—

Reg. Agent
DALE E. KLOSS

Agent Address
1011 CENTRAL AVE. HOT SPRINGS, AR 71901

Date Filed
01/13/2010

Officers
DALE E. KLOSS, Incorporator/Organizer

Foreign Name
N/A

Foreign Address
—

## State of Origin

—

[Purchase a Certificate of Good Standing for this Entity](#)
[Pay Franchise Tax for this corporation](#)