IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE,**     **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.          No. 6:20-cv-06145-SOH

**DALE E. KLOSS**          **DEFENDANT**

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to FRCP 56 and Local Rule 56.1, Plaintiffs state that the following facts are not in dispute and are the only facts material to the disposition of the issues raised in Plaintiffs' Motion for Partial Summary Judgment:

1. French Quarter is a club in Hot Springs, Arkansas, that provides adult entertainment in the form of exotic dancers. French Quarter Menu, attached to Plaintiffs' Motion as Exhibit 1.

2. Defendant Dale Kloss operates a nightclub called French Quarter in Hot Springs. Declaration of Mattie Powell ("Powell Decl.") ¶ 3, ECF No. 8-7; Declaration of Cheyenne Kimbrell ("Kimbrell Decl.") ¶ 3, ECF No. 8-8; Declaration of Alexandria Parker-Shipman ("Parker-Shipman Decl.") ¶ 3, ECF No. 8-9; Declaration of Tatiana

Page 1 of 5
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Statement of Undisputed Material Facts in Support of
Plaintiffs' Motion for Partial Summary Judgment

Sandoval ("Sandoval Decl.") ¶ 3, ECF No. 8-10; Declaration of Taylor Smith ("Smith Decl.") ¶ 3, ECF No. 8-11 (collectively "All Decl.").

3. Defendant Kloss is French Quarter's incorporator and organizer. Listing from Arkansas Secretary of State's Website, attached to Pls.' Motion as Exhibit 2.

4. Plaintiff Mattie Powell, Samantha Haynie, Cheyenne Kimbrell, Alexandria Parker-Shipman, Lani Powell, Destiny Richardson, Tatiana Sandoval, Taylor Smith and Brianna Venable performed at French Quarter as exotic dancers for a time during the three years prior to the filing of this lawsuit. All Decl. at ¶ 4.

5. Plaintiff Mattie Powell performed at French Quarter as an exotic dancer for a time during the three years prior to the filing of this lawsuit. Powell Decl. ¶ 4, ECF No. 8-7.

6. Plaintiff Cheyenne Kimbrell performed at French Quarter as an exotic dancer for a time during the three years prior to the filing of this lawsuit. Kimbrell Decl. ¶ 4, ECF No. 8-8.

7. Plaintiff Alexandria Parker-Shipman performed at French Quarter as an exotic dancer for a time during the three years prior to the filing of this lawsuit. Parker-Shipman Decl. ¶ 4, ECF No. 8-9.

8. Plaintiff Tatiana Sandoval performed at French Quarter as an exotic dancer for a time during the three years prior to the filing of this lawsuit. Sandoval Decl. ¶ 4, ECF No. 8-10.

Page 2 of 5
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Statement of Undisputed Material Facts in Support of
Plaintiffs' Motion for Partial Summary Judgment

9. Plaintiff Taylor Smith performed at French Quarter as an exotic dancer for a time during the three years prior to the filing of this lawsuit. Smith Decl. ¶ 4, ECF No. 8-11.

10. The length of each private dance is dictated by French Quarter's policies. French Quarter Menu, attached to Pls.' Motion as Exhibit 1.

11. French Quarter's menu of services offers performances in "Doc's Private Dance Room." French Quarter Menu 1, attached to Pls.' Motion as Exhibit 1.

12. French Quarter's menu offers free "advice from Doc." *Id*.

13. French Quarter's menu offers Defendant Dale Kloss's services as a wedding or funeral officiant. *Id*. at 2.

14. French Quarter's menu states that the club's employees, including dancers, work for tips. *Id*.

15. French Quarter did not pay hourly wages to dancers during the three years prior to the filing of this lawsuit. All Decl. at ¶ 9.

16. Plaintiffs were paid solely in tips. *Id*.

17. Plaintiffs were not allowed to keep all the tips they earned. *Id.* at ¶ 10.

18. French Quarter kept a portion of the tips received by dancers from customers. *Id*.

19. Plaintiffs' primary job duties were dancing on stage during the stage rotation ("stage dances") and performing personal dances for customers called "lap dances." *Id.* at ¶ 5.

Page 3 of 5
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Statement of Undisputed Material Facts in Support of
Plaintiffs' Motion for Partial Summary Judgment

20. Dancers at French Quarter spent a large percentage of their time working on "the floor," which is the non-stage area of the club. *Id.* at ¶ 6.

21. French Quarter was generally open from 7:00 PM until 2:00 AM on weeknights, and from 7:00 PM until 4:00 AM on weekends. However, dancers were required to stay as long as there were paying customers. *Id.* at ¶ 7.

22. Sometimes Plaintiffs were not allowed to leave until around 3:00 AM or 4:00 AM on weeknights and 5:00 AM or 6:00 AM on weekends. *Id*.

23. Dancers at French Quarter were not allowed to decline assignments, such as refusing to dance for a customer whom they found personally objectionable. *Id.* at ¶ 11.

24. Dancers at French Quarter were required to be available to work at certain, pre-arranged times. *Id.*

25. Dancers at French Quarter were not allowed to leave work until Defendant said they could leave. *Id.*

26. Dancers at French Quarter did not have the opportunity to negotiate their pay with Defendant. *Id.*

27. Dancers at French Quarter did not an input in setting prices for Defendant's customers. *Id.*

28. Dancers at French Quarter were required to dress according to Defendant's dress code. *Id.*

29. Defendant had total control over almost every aspect of Plaintiffs employment. *Id.*

Page 4 of 5
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Statement of Undisputed Material Facts in Support of
Plaintiffs' Motion for Partial Summary Judgment

Respectfully submitted,

**MATTIE POWELL, et al., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 5 of 5
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Statement of Undisputed Material Facts in Support of
Plaintiffs' Motion for Partial Summary Judgment