**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

MATTIE POWELL, Individually;
 And, on Behalf of All Others Similarly Situated                    PLAINTIFF

VS.                    CASE NO. 6:20-CV-06145-SOH

DALE E. KLOSS                                                                DEFENDANT

**DEFENDANT'S THIRD MOTION TO EXTEND TIME
TO FILE AN OPPOSITIONAL RESPONSE
TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Comes now Defendant, by and through his attorney, Travis J. Morrissey, of the Morrissey Law Firm; and, for his Third Motion to Extend Time to File an Oppositional Response to Plaintiffs' Motion for Partial Summary Judgment states to this Honorable Court the following:

1. That the Plaintiff filed a Motion for Partial Summary Judgment herein on September 29, 2023.

2. That this attorney has prepared an Affidavit/Declaration for the Defendant herein which is essential to Defendant's Response, Memorandum of Points and Authorities and Opposition to the Motion and the Statement of Genuine Issues in Dispute.

**This Document Prepared By:**

Travis J. Morrissey, Arkansas Bar #99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 Telephone
(501) 623-2822 Facsimile
tjm@tjmlegal.com

Case 6:20-cv-06145-SOH   Document 83   Filed 11/13/23   Page 2 of 2 PageID #: 382

*Powell, et al. vs. Kloss*
United States District Court, Western District of Arkansas
 Defendant's Third Motion to Extend Time to File an Oppositional Response
 To Plaintiffs' Motion for Partial Summary Judgment

3. That the voluminous documentation provided to this attorney including the Time Cards and Pay Records of the Plaintiffs herein need clarification from Defendant's Accountant and, due to the tax filing season and other deadlines since that time, same has not been obtained nor verified by the Defendant's Accountant at this time and which may be the crux of this Defendant's defense to said Motion.

4. That this request is not made for purposes of delay but, for meritorious reasons and, further, Plaintiffs would not be prejudiced by this request.

**WHEREFORE**, the Defendant would pray for an extension herein; and, for all other proper relief to which Defendant may be entitled.

Respectfully submitted,

By: _____/s/ Travis J. Morrissey_____
Travis J. Morrissey, Arkansas Bar No. 99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
501-623-7372 Telephone
501-623-2822 Facsimile
tjm@tjmlegal.com