IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTIE POWELL, *et al.*                                                                PLAINTIFFS

v.                                    Case No. 6:20-cv-6145

DALE E. KLOSS                                                                           DEFENDANT

**ORDER**

Before the Court is Defendant's Third Motion for Extension of Time to File Response. ECF No. 83. Defendant seeks additional time to respond to Plaintiffs' Motion for Partial Summary Judgment. ECF No. 76. Counsel for Defendant states that additional time is required to prepare documents related to financial records and payroll that are necessary to respond to Plaintiffs' motion for summary judgment.

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, Defendant's Third Motion for Extension of Time to File Response (ECF No. 83) is hereby **GRANTED**. Defendant's new deadline to response to Plaintiffs' Motion for Partial Summary Judgment (ECF No. 76) is December 1, 2023.

**IT IS SO ORDERED**, this 21st day of November, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge