IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, Individually;**
 **And, on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

**VS.**                          **CASE NO. 6:20-CV-06145-SOH**

**DALE E. KLOSS**                                                        **DEFENDANT**

## RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now the Defendant by and through his attorney, Travis J. Morrissey of the Morrissey Law Firm; and, for his Response to Plaintiff's Motion for Partial Summary Judgment, state to this Honorable Court the following:

1. The Plaintiffs filed this action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., and the Arkansas Minimum Wage Act ("AMWA") A.C.A. § 11-4-201 et seq., to recover minimum wages and overtime wages allegedly owed to former employees of Defendants.

2. The Defendant is filing contemporaneously hereto his Brief and Memorandum of Points and Authorities in Opposition to Plaintiff's

---

**This Document Prepared By:**

Travis J. Morrissey, Arkansas Bar #99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 Telephone
(501) 623-2822 Facsimile
tjm@tjmlegal.com

Case 6:20-cv-06145-SOH   Document 85   Filed 12/01/23   Page 2 of 3 PageID #: 385

*Powell, et al. vs. Kloss*
Response to Plaintiffs' Motion for Partial Summary Judgment

Motion for Partial Summary Judgment, along with the Declaration of Dale Kloss, in Support thereof and a Statement of Material Facts in Dispute.

3. As shown in the accompanying documents, Plaintiffs were employees, were required to keep contemporaneous time records during the applicable time period herein.

4. Each of the Plaintiffs complied and accurately kept their time each week, turned such cards in to French Quarter Partners, LLC, who thereafter issues weekly payroll checks matching such amount.

5. True and correct copies of an example of a Payroll record, time card, payroll checks and summary of other compensation is attached to the Brief In Support as Exhibit "A", as well as a Statement by Plaintiff Mattison Powell attached as Exhibit "B", stating that she does not wish to participate in this lawsuit.

6. Accordingly, Defendant would respectfully state that a Motion for Summary Judgment should not be granted on the issue of who is the statutory employer and the issue of whether the Defendant individually or collectively violated the FLSA, the AMWA and/or alternatively, to the extent any violations occurred, such conduct was not willful as defined under those acts.

*Powell, et al. vs. Kloss*
Response to Plaintiffs' Motion for Partial Summary Judgment

---

**WHEREFORE**, for the reasons stated herein and in the accompanying Brief and Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Partial Summary Judgment, Defendant prays that this Honorable Court deny the Plaintiffs' Motion for Partial Summary Judgment; for his attorney's fees and costs; and, for any and all other relief to which he is entitled.

                      Respectfully submitted,

                By:    **/s/ Travis J. Morrissey**
                      Travis J. Morrissey, Arkansas Bar #99033
                      **Morrissey Law Firm**
                      835 Central Avenue – Suite 509
                      Hot Springs, Arkansas 71901
                      (501) 623-7372 or 622-6767 Telephone
                      (501) 623-2822 Facsimile
                      Electronic Mail - tjm@tjmlegal.com
                      Website – Hotspringslawyer.net