**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**MATTIE POWELL, Individually;
 And, on Behalf of All Others Similarly Situated                     PLAINTIFF**

**VS.                           CASE NO. 6:20-CV-06145-SOH**

**DALE E. KLOSS                                                      DEFENDANT**

## STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN DISPUTE

Pursuant to Local Rule 56.1, Defendant files the following Statement of Genuine Issues of Material Fact in Dispute in Support of their Memorandum Brief and Opposition to the Motion for Partial Summary Judgment.

The alleged facts below correspond to the Moving Party's Statement of Uncontroverted Facts. These facts are followed thereafter by additional material facts and supporting evidence of Defendant, showing a genuine issue of material fact in dispute and, that under the facts set forth below, a material issue of fact exists, in that, all of the Plaintiffs at issue herein were required to keep contemporaneous time cards and were thereafter paid by a Payroll Check from French Quarter Partners, LLC. The records set forth below will additionally establish that the Plaintiffs were paid a proper

**Statement of Genuine Issues of Material Fact In Dispute**

minimum wage in addition to any other money to which they might be entitled for their work.

**MOVING PARTY'S ALLEGED UNDISPUTED MATERIAL FACTS**

**1. French Quarter did not pay hourly wages to dancers during the three years prior to the filing of this lawsuit**.

**Defendants' Response No. 1:**

The Declarant, Dale Kloss, in his Declaration filed hereto with, stated that at French Quarter, after having previous dancers and employees file the same suit with this same law firm who has sued Defendant again…began issuing Time Cards for the dancers, who in turn filled in their own hours worked. Each Plaintiff complied with these terms and kept time records and were paid by French Quarter Partners, LLC, weekly payroll checks matching the time cards submitted by the Plaintiff and others similarly situated.

Respectfully submitted,

By:   **/s/ Travis J. Morrissey**
Travis J. Morrissey, Arkansas Bar #99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 or 622-6767 Telephone
(501) 623-2822 Facsimile
Electronic Mail - tjm@tjmlegal.com
Website – Hotspringslawyer.net