**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MATTIE POWELL, individually;**
**And, on Behalf of All Others Similarly Situated** **PLAINTIFF**

**VS.** **CASE NO. 6:20-CV-06145-SOH**

**DALE E. KLOSS** **DEFENDANT**

**DEFENDANT'S BRIEF**
**AND MEMORANDUM OF POINTS AND AUTHORITITIES**
**IN OPPOSITION TO PLAINTIFFS' MOTION**
**FOR PARTIAL SUMMARY JUDGMENT**

## I. Introduction

In support of their Motion filed herein, the Plaintiffs have recited *United States vs. Silk*, 331 U.S. 704 (U.S. 1947), in that, the Supreme Court identified the following five factors to be considered in determining whether a purported independent contractor is, in reality, an employee: "[1] degrees of control, [2] opportunities for profit or loss, [3] investment in facilities, [4] permanency of relation and [5] skill required in the claimed independent operation" Id. at 716.

The Defendant would assert that the Plaintiffs are not entitled to partial summary judgment herein as a matter of law for the reasons set forth below.

## II. ARGUMENT

Defendant would agree with Plaintiffs' standard of review governing requests for relief under Rule 56 of the Federal Rules of Civil Procedure. Namely, that the moving party requesting a summary judgment has the burden of establishing the absence of issues of material fact. Once that burden has been deemed to have been met, the non-moving party must meet proof with proof such that a reasonable jury could return a verdict for either party. *Anderson v. Liberty,* 477 U.S. 242, 248 (1986).

Plaintiffs have filed a Motion for Partial Summary Judgment and Brief in Support herein; in Section III of their Brief in Support therein, the Plaintiffs set forth in their legal argument for the relief requested. The predominant issue briefed is in regard to whether the Defendant is a statutory employer under the FLSA and the AMWA, and if the Defendant violated the terms of the FLSA and AMWA and, whether such violations were willful under the Acts.

For the reasons set forth below, Defendant would state that Plaintiffs are not entitled to summary judgment on the issue of whether the Defendant is a statutory employer under both Acts, whether there was a violation of the Minimal Wage provisions of both Acts and, whether any such violation was willful.

As shown in the accompanying documents, Plaintiffs were employees, were required to keep contemporaneous time records during the applicable time period herein.

Each of the Plaintiffs complied and accurately kept their time each week, turned such cards in to French Quarter Partners, LLC, who thereafter issues weekly payroll checks matching such amount. The Plaintiffs herein as well as others similarly situated had stage names as well as legal given names.

As an example, during the week of 8/10/21 – 8/16/21, approximately 14 employees recorded the hours that they worked contemporaneous to that time period. These employees have previously filled out form W-4 and an Employees Withholding Allowance Certificate. That each week those records would be used to generate Payroll Checks.

Defendant's Brief
And Memorandum of Points and Authorities
In Opposition to Plaintiffs' Motion
For Partial Summary Judgment

True and correct copies of an example of the payroll record, time card, payroll checks, a W-4 and summary of other compensation is attached hereto as Exhibit "A".

Also attached hereto as Exhibit "B" is a sample Agreement executed by Plaintiff Mattison Powell, indicating that she did not wish to participate in a Class Action Lawsuit. Defendant has other such Statements made by other Plaintiffs herein similarly situated stating the same.

Accordingly, Defendants would respectfully state that a Motion for Summary Judgment should not be granted on the issue of who is the statutory employer and the issue of whether the Defendants individually or collectively violated the FLSA, the AMWA and alternatively, to the extent any violations occurred, such conduct was not willful as defined under those acts.

Page 4 of 5

Defendant's Brief
And Memorandum of Points and Authorities
In Opposition to Plaintiffs' Motion
For Partial Summary Judgment

## III. CONCLUSION

For the reasons stated above and in the Declaration filed herewith, this Court should deny the Motion for Partial Summary Judgment.

By: **/s/ Travis J. Morrissey**
Travis J. Morrissey, Arkansas Bar #99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 or 622-6767 Telephone
(501) 623-2822 Facsimile
Electronic Mail - tjm@tjmlegal.com
Website – Hotspringslawyer.net

Page 5 of 5

DATE 8/10/21 - 8/16/21 Paydate: 8-17-21

| Girl | Tues | Wed | Th | Fri | Sat | TL | Amt |
|---|---|---|---|---|---|---|---|
| Ariel - Tatiana Sandoval | 6.0 | 5.5 | ~~5.0~~ | 8.0 | 8.0 | 32.50 | w-4 |
| Anastia - | 5.5 | X | X | 8.5 | 9.0 | 23.0 | 62.10 |
| Bianca - Diamond Herron No W-4 | 5.0 | X | 6.0 | X | X | 11.0 | |
| maxine - Starsha T | X | 6.0 | 7.0 | X | 9.0 | 22.0 | w-4 22.0 |
| Inez - | X | 6.0 | 6.5 | 8.0 | 8.0 | 28.50 | 76.95 |
| Roxanne = NO CK | X | 5.5 | 7.0 | 8.5 | Ø | 21.0 | Moved |
| massie - No W-4 | X | 5.5 | 6.5 | 8.5 | 9.0 | 29.50 | |
| Namoi - No W-4 | X | 4.5 | X | X | X | 4.5 | |
| macy - Jade Heil Young | X | 3.5 | X | 7.5 | 9.0 | 20.0 | 54.00 |
| Lana - Audriana Youssefian | X | X | 6.5 | 8.0 | 9.0 | 23.50 | w-4 23.50 |
| Delilah - Mattie Powell | X | X | 6.5 | 8.5 | 2.0 | 17.0 | 45.90 |
| Flo - No W-4 | X | X | 6.5 | X | X | 6.5 | |
| Elizabeth - Kembery Bell | X | X | 6.5 | 8.5 | 8.5 | 23.50 | w-4 23.57 |
| Blanco - Taylor Barker | X | X | X | 7.5 | 8.0 | 15.50 | 41.85 |

EXHIBIT A

Form **W-4** (Rev. December 2020) Department of the Treasury Internal Revenue Service

# Employee's Withholding Certificate

▶ Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay.
▶ Give Form W-4 to your employer.
▶ Your withholding is subject to review by the IRS.

OMB No. 1545-0074

**2021**

**Step 1: Enter Personal Information**

(a) First name and middle initial: Tatiana E
Last name: Santoy
(b) Social security number

Address: 1517 W St Louis St

City or town, state, and ZIP code: Hot Springs Ar 71901

▶ Does your name match the name on your social security card? If not, to ensure you get credit for your earnings, contact SSA at 800-772-1213 or go to www.ssa.gov.

(c) ☒ **Single** or **Married filing separately**
☐ **Married filing jointly** or **Qualifying widow(er)**
☐ **Head of household** (Check only if you're unmarried and pay more than half the costs of keeping up a home for yourself and a qualifying individual.)

**Complete Steps 2–4 ONLY if they apply to you; otherwise, skip to Step 5.** See page 2 for more information on each step, who can claim exemption from withholding, when to use the estimator at *www.irs.gov/W4App*, and privacy.

**Step 2: Multiple Jobs or Spouse Works**

Complete this step if you (1) hold more than one job at a time, or (2) are married filing jointly and your spouse also works. The correct amount of withholding depends on income earned from all of these jobs.

Do **only one** of the following.

**(a)** Use the estimator at *www.irs.gov/W4App* for most accurate withholding for this step (and Steps 3–4); **or**

**(b)** Use the Multiple Jobs Worksheet on page 3 and enter the result in Step 4(c) below for roughly accurate withholding; **or**

**(c)** If there are only two jobs total, you may check this box. Do the same on Form W-4 for the other job. This option is accurate for jobs with similar pay; otherwise, more tax than necessary may be withheld . . . . . . . ▶ ☐

**TIP:** To be accurate, submit a 2021 Form W-4 for all other jobs. If you (or your spouse) have self-employment income, including as an independent contractor, use the estimator.

**Complete Steps 3–4(b) on Form W-4 for only ONE of these jobs.** Leave those steps blank for the other jobs. (Your withholding will be most accurate if you complete Steps 3–4(b) on the Form W-4 for the highest paying job.)

**Step 3: Claim Dependents**

If your total income will be $200,000 or less ($400,000 or less if married filing jointly):

Multiply the number of qualifying children under age 17 by $2,000 ▶ $ 0

Multiply the number of other dependents by $500 . . . . . ▶ $ 0

Add the amounts above and enter the total here . . . . . . . . . . . . . . . . . . **3** $ 0

**Step 4 (optional): Other Adjustments**

**(a) Other income (not from jobs).** If you want tax withheld for other income you expect this year that won't have withholding, enter the amount of other income here. This may include interest, dividends, and retirement income . . . . . . . . . . . . **4(a)** $ 0

**(b) Deductions.** If you expect to claim deductions other than the standard deduction and want to reduce your withholding, use the Deductions Worksheet on page 3 and enter the result here . . . . . . . . . . . . . . . . . . . . . . . **4(b)** $ 0

**(c) Extra withholding.** Enter any additional tax you want withheld each pay period . **4(c)** $ 0

**Step 5: Sign Here**

Under penalties of perjury, I declare that this certificate, to the best of my knowledge and belief, is true, correct, and complete.

▶ [signature] **Employee's signature** (This form is not valid unless you sign it.)

▶ 8-4-21 **Date**

**Employers Only**

| Employer's name and address | First date of employment | Employer identification number (EIN) |
| --- | --- | --- |
| | | |

007192

**French Quarter Partners LLC**
1011 Central Ave
Hot Springs National, AR 71901-5338

**Bank of the OZK**
333 Ouachita Avenue
Hot Springs, AR 71901
81-727/829

8-3-21

PAY TO THE ORDER OF Taylor Sandoval $ 36.45

Thirty six + 45/100 DOLLARS

MEMO payroll

Stephanie Hamett

⑈007192⑈ ⑆082907273⑆ ⑈1430027480⑈

THIS DOCUMENT CONTAINS A COLORED BACKGROUND ON WHITE PAPER. MICROPRINT IS LOCATED BELOW THIS WARNING BAND.

French Quarter Partners LLC

007192

8/3

Taylor Sandoval

Ariel

13.5 x 2.70 = 36.45

French Quarter Partners LLC

007192

# Run Payroll: Every Tuesday

Group 1

## Review and Submit

$333.10
TOTAL PAYROLL COST

**$275.54**
NET PAY

**$22.81**
EMPLOYEE

**$34.75**
EMPLOYER

4
Pa
De

**Pay period:** 08/09/2021 to 08/15/2021 **Pay date:** Tuesday, Aug 17

| EMPLOYEE | PAY METHOD | TOTAL HOURS | TOTAL PAY | EMPLOYEE TAXES | NET PAY | COMPARE TO LAST |
|---|---|---|---|---|---|---|
| **Bell, Kemberley** | Paper check | 32.50 | $87.75 | $6.71 | $81.04 | |
| **Sandoval, Tatiana E** | Paper check | 32.50 | $87.75 | $6.71 | $81.04 | |
| **Turnwall, Starshe H** | Paper check | 22.00 | $59.40 | $4.54 | $54.86 | |
| **Youssef-Webb, Audriana M** | Paper check | 23.50 | $63.45 | $4.85 | $58.60 | |
| **TOTAL** | | **110.50** | **$298.35** | **$22.81** | **$275.54** | |

08/17/2021

Tatiana E. Sandoval **81.04

*****Eighty-one and 04/100

Tatiana E. Sandoval
1517 W St. Louis Street
Hot Springs AR 71901

**EMPLOYER**
French Quarter Partners LLC
1011 Central Avenue
Hot Springs AR 71901

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 08/09/2021 |
| Period Ending: | 08/15/2021 |
| Pay Date: | 08/17/2021 |
| Total Hours: | 32.50 |

**EMPLOYEE**
Tatiana E. Sandoval
1517 W St. Louis Street
Hot Springs AR 71901

**NET PAY:** **$81.04**

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 32.50 | 2.70 | 87.75 | 87.75 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Social Security | 5.44 | 5.44 |
| AR Income Tax | 0.00 | 0.00 |
| Medicare | 1.27 | 1.27 |
| Federal Income Tax | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $87.75 | $87.75 |
| Taxes | $6.71 | $6.71 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$81.04**

08/17/2021

Matison J. Powell

**42.38

*****Forty-two and 38/100

Matison J. Powell
1003 Merion Way
Bryant AR 72022

**EMPLOYER**
French Quarter Partners LLC
1011 Central Avenue
Hot Springs AR 71901

**PAY PERIOD**

| | |
|---|---|
| Period Beginning | 08/09/2021 |
| Period Ending: | 08/15/2021 |
| Pay Date: | 08/17/2021 |
| Total Hours: | 17.00 |

**EMPLOYEE**
Matison J. Powell
1003 Merion Way
Bryant AR 72022

**NET PAY:** **$42.38**

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 17.00 | 2.70 | 45.90 | 45.90 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 0.00 |
| Social Security | 2.85 | 2.85 |
| Medicare | 0.67 | 0.67 |
| AR Income Tax | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $45.90 | $45.90 |
| Taxes | $3.52 | $3.52 |
| Deductions | $0.00 | $0.00 |

**Net Pay** **$42.38**

Matison Powell

# Agreement

I am currently working as a dancer/waitress at French Quarter in Hot Springs, Arkansas. Somehow, I got involved in a class action lawsuit against my employer. This is not, nor has it ever been my intention. I am the victim of a predatory law firm. French Quarter has always paid me well, I estimate between $25 and $75 per hour for my time there. It is an insult to me to suggest that I was never capable of making minimum wage at French Quarter.

Matison Powell 10-02-21

Legal Name Date

EXHIBIT

B