## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

**MATTIE POWELL, Individually;**
**And, on Behalf of All Others Similarly Situated**           **PLAINTIFF**

**VS.**           **CASE NO. 6:20-CV-06145-SOH**

**DALE E. KLOSS**           **DEFENDANT**

### DECLARATION OF DALE KLOSS
### IN SUPPORT OF OPPOSITION
### TO PLAINTIFF'S MOTION
### FOR PARTIAL SUMMARY JUDGMENT

**STATE OF ARKANSAS**
**COUNTY OF GARLAND**

That **I, Dale Kloss,** state that the following facts are true and correct to the best of my knowledge, and if called to testify, my statements would be substantially the same as these contained herein.

1. Plaintiff's attorney filed this suit on December 8, 2020, which is an action under the Fair Labor Standards Act and the Arkansas Minimum Wage Act, to recover alleged unpaid wages owed to former employees of Defendant.

2. Previous to December 8, 2020, Plaintiff's attorneys have filed this same Complaint against me numerous times, *Whitworth vs. Kloss, et* al, on January 17, 2013; *Hays vs. Kloss, et* al., on June 29, 2015; and, Miller *vs. Kloss, et al,* on August 15, 2016; *DeLoach vs. Kloss, et al,* November 2, 2016; and, *DeLoach vs. Kloss, et al,* was filed again on April 6, 2022.

## *Powell vs. Kloss, et al.*
Declaration of Dale E. Kloss in Support of Opposition
To Plaintiff's Motion for Partial Summary Judgment

---

3. After having had previous dancers and employees file the same suit with this same law firm who has sued me again, I began issuing Time Cards for the dancers, who in turn filled in their own hours worked and they were paid with paychecks.

4. The Time Cards filled out by and for the Dancers in this suit have been provided to my attorney and will prove that the allegations claimed in the Plaintiffs' Complaint are false and there are no damages or unpaid wages.

**FURTHER AFFIANT SAYETH NOT.**

_____
DALE E. KLOSS

SUBSCRIBED AND SWORN to before me this 13th day of October, 2023.

_____
NOTARY PUBLIC

**MY COMMISSION EXPIRES:**

