IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**            **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.            No. 6:20-cv-06145-SOH

**DALE E. KLOSS**            **DEFENDANT**

### REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

In responding to a motion for summary judgment, "[t]he nonmoving party may not rely on allegations or denials, but must demonstrate the existence of specific facts that create a genuine issue for trial. *Jackson v. Holladay*, No. 4:16-cv-93 SWW-PSH, 2018 U.S. Dist. LEXIS 187257, at *3 (E.D. Ark. Oct. 3, 2018); *See also Goodwin v. Ridge*, No. 4:04-cv-1520 JLH, 2005 U.S. Dist. LEXIS 32695, at *17 (E.D. Ark. Sep. 8, 2005) ("Bald allegations alone cannot create an issue of material fact to withstand a motion for summary judgment."). "The nonmoving party's allegations must be supported by sufficient probative evidence that would permit a finding in his favor on more than mere speculation, conjecture, or fantasy." *Id*. In other words, the nonmoving party must "meet proof with proof." *Johnson v. Baker*, No. 1:15-cv-81-BSM-JJV, 2016 U.S. Dist. LEXIS 64070, at *7 (E.D. Ark. Apr. 19, 2016). Further, where the nonmoving party fails to adequately support a denial of the moving party's statement of undisputed material

Page 1 of 3
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Reply in Support of Plaintiff's Motion for Partial Summary Judgment

facts, the court will accept the statement of fact as true. *See Hansberry v. Ark. State Highway & Transp. Dep't*, No. 2:16-cv-158-KGB, 2018 U.S. Dist. LEXIS 178354, at *23 n.5 (E.D. Ark. Oct. 17, 2018).

In his Response to Plaintiffs' Statement of Undisputed Facts, Defendant only denied one material fact Plaintiffs stated in support of their Motion for Partial Summary Judgment, and Defendant set forth no specific factual dispute showing that there is a genuine factual issue for trial. *See* ECF No. 86. In his Response to Plaintiff's Motion for Partial Summary Judgment Defendant did not dispute the facts of this case as stated by Plaintiff. In fact, Defendant affirmatively asserts that Plaintiffs are employees. Instead, Defendant simply disputed the implications of those facts, namely, that Defendant violated the FLSA or the AMWA.

With respect to the issue of willfulness, Defendant's bare denial that his conduct was not willful sets forth no evidence from which a reasonable jury could decide in favor of Defendant in this case. As such, Defendant has not shown that a material question of fact exists rendering denial of Plaintiff's Motion on willfulness to be appropriate pursuant to Fed. R. Civ. P. 56.

With no dispute as to the facts relevant to Plaintiffs' Motion for Partial Summary Judgment, this Court should grant Plaintiffs' Motion in its entirety so that this case can proceed to an efficient trial of the facts that are a matter of genuine dispute.

Page 2 of 3
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Reply in Support of Plaintiff's Motion for Partial Summary Judgment

Respectfully submitted,

**MATTIE POWELL, et al., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 3 of 3
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Reply in Support of Plaintiff's Motion for Partial Summary Judgment**