IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTIE POWELL, *et al*.                                                                                      PLAINTIFFS

v.                                       Case No. 6:20-cv-6145

DALE E. KLOSS                                                                                                DEFENDANT

## ORDER

Before the Court is the trial in this matter set to commence on February 26, 2024. A conflict with the Court's schedule necessitates a continuance of the trial in this matter *sua sponte*. The trial in this matter is hereby continued and will now commence on April 1, 2024. All deadlines that have not yet elapsed shall be adjusted accordingly.

**IT IS SO ORDERED**, this 5th day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge