**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**MATTIE POWELL, Individually;
And, on Behalf of All Others Similarly Situated**                     **PLAINTIFF**

**VS.**                         **CASE NO. 6:20-CV-06145-SOH**

**DALE E. KLOSS**                                                      **DEFENDANT**

### MOTION FOR CONTINUANCE OF JURY TRIAL SCHEDULED APRIL 1, 2024 AND REQUEST FOR SETTLEMENT CONFERENCE AND/OR MEDIATION

Comes now the Defendant by and through attorney Travis J. Morrissey of the Morrissey Law Firm; and, for this Motion for a Continuance of the Jury Trial Scheduled herein on April 1, 2024, and for a Settlement Conference and/or Mediation herein, hereby state to this Honorable Court the following:

1. Defendant believes that a Settlement Conference and/or Mediation herein may prove fruitful and with a definitively higher success rate of settling this matter between the parties and Defendant suggests such in an effort of judicial economy.

2. Therefore, for the reasons stated herein, this attorney would respectfully request the relief requested herein and, further, that this Motion is made for meritorious reasons and not for purposes of delay.

**WHEREFORE,** Defendant prays that this Honorable Court continue the Jury Trial scheduled herein on April 1, 2024; for a Settlement Conference

*Powell vs. Kloss, et al*
Motion for Continuance of Jury Trial Scheduled April 1, 2024
 And Request for Settlement Conference and/or Mediation

---

and/or Mediation to be scheduled; and, for any and all other relief to which Defendant may be entitled.

        Respectfully submitted,

           **/s/ Travis J. Morrissey**
By: **Travis J. Morrissey, Arkansas Bar #99033**
    **Morrissey Law Firm**
    835 Central Avenue – Suite 509
    Hot Springs, Arkansas 71901
    (501) 623-7372 or 622-6767 Telephone
    (501) 623-2822 Facsimile
    Electronic Mail - tjm@tjmlegal.com
    Website – Hotspringslawyer.net