IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**     **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.                No. 6:20-cv-06145-SOH

**DALE E. KLOSS**                                                              **DEFENDANT**

## RESPONSE TO MOTION FOR CONTINUANCE OF JURY TRIAL AND REQUEST FOR SETTLEMENT CONFERENCE AND/OR MEDIATION

Defendant's request for a continuance of the trial scheduled for April 1 and a request for settlement conference and/or mediation should be denied. The parties have already participated in a full-day settlement conference with the Honorable Barry A. Bryant. Following the settlement conference, Plaintiffs made an extremely reasonable last and final offer to settle this matter, which the Defendant did not respond to. Nothing has changed since then that would make Plaintiffs reconsider lowering their last offer. In fact, Plaintiffs position has only strengthened since then because the Court recently granted in part Plaintiffs' Motion for Partial Summary Judgment.

Defendant's request for a continuance of the trial and another settlement conference is either a delay tactic or a futile attempt at getting Plaintiffs to accept a

Page 1 of 2
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Response to Motion for Continuance of Jury Trial and
Request for Settlement Conference and/or Mediation

worse deal than was previously offered by Defendant. As such, Defendant's Motion should be denied.

                Respectfully submitted,

                **MATTIE POWELL, et al., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

                SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Response to Motion for Continuance of Jury Trial and
Request for Settlement Conference and/or Mediation