IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTIE POWELL, *et al*.                                                                    PLAINTIFFS

v.                                                 Case No. 6:20-cv-6145

DALE E. KLOSS                                                                               DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Continue Trial.  ECF No. 93.  Defendant seeks a continuance of the trial in this matter set to commence on April 1, 2024, and also requests that this matter be referred to a settlement conference.  Plaintiffs oppose the requested continuance and referral to settlement conference.  ECF No. 94.

Upon review, the Court finds that good cause for the instant motion has been shown. Accordingly, Defendant's Motion to Continue Trial (ECF No. 93) is hereby **GRANTED**.  The trial in this matter is hereby continued and will now commence on June 24, 2024.  All pre-trial deadlines that have not yet elapsed shall be adjusted accordingly.  The Court shall refer this matter to a settlement conference with a United States Magistrate Judge in a subsequent order.

**IT IS SO ORDERED**, this 18th day of March, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge