# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# HOT SPRINGS DIVISION

**MATTIE POWELL, individually;**
**And, on Behalf of All Others Similarly Situated**                   **PLAINTIFF**

**VS.**                     **CASE NO. 6:20-CV-06145-SOH**

**DALE E. KLOSS**                                                         **DEFENDANT**

### DEFENDANT'S MOTION TO WITHDRAW REQUEST FOR JURY TRIAL AND MOTION FOR BENCH TRIAL

Comes now the Defendant, by and through his attorney, Travis J. Morrissey of the Morrissey Law Firm; and, for his Motion to Withdraw his Request for a Jury Trial and Motion for a Bench Trial herein, states:

1. That this matter is currently set for a Jury Trial on June 25, 2024.

2. On February 4, 2021, Defendant's previous counsel requested a Jury Trial herein, although not originally requested by Plaintiff in the Complaint.

3. That after thorough thought and conversations with his attorney, Defendant would now humbly request that this matter be set for a Bench Trial and hereby withdraws his request for a Jury Trial.

**WHEREFORE**, Defendant prays that this Honorable Court grant Defendant's Motion and withdraw his previous request for a Jury Trial herein; that the Court hear the case in a Bench Trial; and, for any and all other relief to which he may be entitled.

*Powell vs. Kloss*
Defendant's Motion to Withdraw Request for Jury Trial
  And for A Bench Trial

---

                Respectfully submitted,

         By:   **/s/ Travis J. Morrissey**
             Travis J. Morrissey, Arkansas Bar #99033
             **Morrissey Law Firm**
             835 Central Avenue – Suite 509
             Hot Springs, Arkansas 71901
             (501) 623-7372 or 622-6767 Telephone
             (501) 623-2822 Facsimile
             Electronic Mail - tjm@tjmlegal.com
             Website – Hotspringslawyer.net

## **CERTIFICATE OF SERVICE**

  I, Travis J. Morrissey, do hereby certify that I have today sent a true and correct copy of the foregoing herein via the Electronic Filing Systems to all parties of record.

         By:   **/s/ Travis J. Morrissey**
             **Travis J. Morrissey**