IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**     **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.            No. 6:20-cv-06145-SOH

**DALE E. KLOSS**            **DEFENDANT**

### JOINT NOTICE OF SETTLEMENT AND MOTION TO CONTINUE TRIAL

Plaintiffs and Defendant submit this Notice of Settlement to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The parties are in the process of finalizing settlement terms and expect to file their dismissal papers with the Court within sixty (60) days from the filing of this Notice of Settlement. Should the parties be unable to file their dismissal papers by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that the trial currently scheduled for June 25, 2024, be continued.

Page 1 of 2
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Joint Notice of Settlement and Motion to Continue Trial

        Respectfully submitted,

        **MATTIE POWELL, et al., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

and    **DEFENDANT DALE E. KLOSS**

        MORRISSEY LAW FIRM
        835 Central Avenue, Suite 509
        Hot Springs, Arkansas 71901
        Telephone: (501) 623-7372
        Facsimile: (501) 623-2822

        */s/ Travis J. Morrissey*
        Travis J. Morrissey
        Ark. Bar No. 99033
        tjm@tjmlegal.com

Page 2 of 2
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Joint Notice of Settlement and Motion to Continue Trial