IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTIE POWELL, *et al.*                                                                 PLAINTIFFS

v.                                       Case No. 6:20-cv-6145

DALE E. KLOSS                                                                            DEFENDANT

## ORDER

Before the Court is the parties' Joint Notice of Settlement and Motion to Continue Trial. ECF No. 102. The parties state that they have reached a settlement in principle and request that the trial scheduled in this matter be continued. The parties anticipate that the settlement will be finalized and that a motion to dismiss will be filed within sixty (60) days of the instant notice.

The parties' Motion to Continue (ECF No. 102) is hereby **GRANTED**. The trial in this matter is hereby **continued**. The parties shall file a motion to dismiss or a status update with the Court within sixty (60) days of the date of this Order.

**IT IS SO ORDERED**, this 20th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge