IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**                    **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of All Others Similarly Situated**


 vs.                          No. 6:20-cv-6145-SOH


**DALE E. KLOSS**                                      **DEFENDANT**

### <u>JOINT STATUS REPORT</u>

Plaintiffs Mattie Powell, et al., and Defendant Dale E. Kloss, by and through their undersigned counsel, pursuant to the Court's Order, ECF No. 103, submit this Joint Status Report:

1.      On June 20, 2024, the Parties informed the Court that they had reached a settlement resolving all claims alleged in this case and that they anticipated filing dismissal documents within 60 days. *See* Court's Order, ECF No. 103.

2.      The Parties have recently reduced to writing a formal written settlement agreement and are in the process of executing it.

3.      Accordingly, the parties require additional time to obtain signatures and edit their dismissal documents.

4.      The Parties anticipate that they will file dismissal documents within 30 days or provide the Court with another status report if they are unable to do so.

Respectfully submitted,

**MATTIE POWELL, et al., Each
Individually and on Behalf of All
Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and    DEFENDANT DALE E. KLOSS**

MORRISSEY LAW FIRM
835 Central Avenue, Suite 509
Hot Springs, Arkansas 71901
Telephone: (501) 623-7372
Facsimile: (501) 623-2822

*/s/ Travis J. Morrissey*
Travis J. Morrissey
Ark. Bar No. 99033
tjm@tjmlegal.com