IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**                                                   **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.                                   No. 6:20-cv-06145-SOH

**DALE E. KLOSS**                                                                                 **DEFENDANT**

## NOTICE OF WITHDRAWAL OF CONSENT TO JOIN

Notice is hereby given that Opt-In Plaintiff Kiana Kidd withdraws her Consent to Join in this case. ECF No. 35.

                                                          Respectfully submitted,

                                                          **MATTIE POWELL, et al., PLAINTIFFS**

                                                          SANFORD LAW FIRM, PLLC
                                                          Kirkpatrick Plaza
                                                          10800 Financial Centre Pkwy, Suite 510
                                                          Little Rock, Arkansas 72211
                                                          Telephone: (800) 615-4946
                                                          Facsimile: (888) 787-2040

                                                          Sean Short
                                                          Ark. Bar No. 2015079
                                                          sean@sanfordlawfirm.com

                                                          Josh Sanford
                                                          Ark. Bar No. 2001037
                                                          josh@sanfordlawfirm.com

Page 1 of 1
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Notice of Withdrawal of Consent to Join