IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**                          **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**


vs.                                    No. 6:20-cv-06145-SOH


**DALE E. KLOSS**                                              **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Mattie Powell, Samantha Haynie, Cheyenne Kimbrell, Alexandria Parker-Shipman, Lani Powell, Destiny Richardson, Tatiana Sandoval, Taylor Smith, Brianna Venable, Zoie Ford, Makayla Briggs, T'Ziyah Fisher, and Tabatha Kunz (collectively "Plaintiffs"), and Defendant Dale E. Kloss, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1.      Plaintiffs Mattie Powell, Samantha Haynie, Cheyenne Kimbrell, Alexandria Parker-Shipman, Lani Powell, Destiny Richardson, Tatiana Sandoval, Taylor Smith and Brianna Venable, each individually and behalf of all others similarly situated, brought this action against Defendant alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA").

Page 1 of 3
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Joint Stipulation of Dismissal with Prejudice

2.     Zoie Ford, Makayla Briggs, T'Ziyah Fisher, and Tabatha Kunz each submitted a Consent to Join this matter, becoming party-plaintiffs in this lawsuit. ECF Nos. 37-40.

3.     After arm's length negotiations in which Plaintiffs and Defendant were represented by counsel, Plaintiffs and Defendant reached an agreement that resolves all claims in this lawsuit; Plaintiffs and Defendant believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

4.     The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

5.     While the Court has certified a collective, the parties' agreement does not purport to resolve any claims on behalf of any class, and all Plaintiffs have signed the settlement agreement.

6.     The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

**Page 2 of 3**
**Mattie Powell, et al. v. Dale E. Kloss**
**U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH**
**Joint Stipulation of Dismissal with Prejudice**

Respectfully submitted,

**MATTIE POWELL, et al., PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **DEFENDANT DALE E. KLOSS**

MORRISSEY LAW FIRM
835 Central Avenue, Suite 509
Hot Springs, Arkansas 71901
Telephone: (501) 623-7372
Facsimile: (501) 623-2822

*/s/ Travis J. Morrissey*
Travis J. Morrissey
Ark. Bar No. 99033
tjm@tjmlegal.com

Page 3 of 3
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) No. 6:20-cv-6145-SOH
Joint Stipulation of Dismissal with Prejudice