IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**     **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.           No. 6:20-cv-06145-SOH

**DALE E. KLOSS**     **DEFENDANT**

## MOTION TO ENFORCE SETTLEMENT

Plaintiffs, by and through their attorneys Sean Short and Josh Sanford of Sanford Law Firm, PLLC, and for their Motion to Enforce Settlement, state and allege as follows:

1. Plaintiffs filed their Original Complaint on December 8, 2020, against Defendant. ECF No. 1. Defendant, through representation, responded and the case proceeded through substantial motions practice, including conditional certification of a collective and summary judgment.

2. The parties reached a settlement in Spring of 2024. Defendant did not return a signed Settlement Agreement to Plaintiffs' counsel but indicated assent to all material terms through his counsel. Decl. of Sean Short ("Decl. Short") ¶ 6, attached as Ex. 1.

3. The parties filed their Joint Stipulation of Dismissal on September 18, 2024, and the Court dismissed the case on September 19. ECF No. 107. The Court specifically retained jurisdiction to vacate the order of dismissal to enforce the

settlement. *Id.*

4. Defendant's first payment under the Agreement was due on October 2, 2024. To date, Defendant has not made any payments. Efforts to reach Defendant through his counsel have been unsuccessful.

5. Defendant has refused to carry out his full obligations under the agreement.

6. Plaintiffs have performed all their obligations under the settlement agreement jointly approved by the parties.

WHEREFORE, premises considered, Plaintiffs pray that the Court reopen the case; find that the parties have entered into a valid settlement agreement; order Defendant to abide by the terms of the settlement contract; and for all other relief to which Plaintiffs may be entitled.

    Respectfully submitted,

    **MATTIE POWELL, et al., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    Sean Short
    Ark. Bar No. 2015079
    sean@sanfordlawfirm.com

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com