IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**                                             **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.                        No. 6:20-cv-06145-SOH

**DALE E. KLOSS**                                                                     **DEFENDANT**

## DECLARATION OF SEAN SHORT

I, Sean Short, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Sean Short, and I am over the age of 18, and duly qualified to execute this Declaration.

2. I am licensed to practice law in all courts in the State of Arkansas, including this one.

3. I am the attorney for Plaintiffs Mattie Powell, Samantha Haynie, Cheyenne Kimbrell, Alexandria Parker-Shipman, Lani Powell, Destiny Richardson, Tatiana Sandoval, Taylor Smith and Brianna Venable, as well as the Opt-in Plaintiffs Zoie Ford, Makayla Briggs, T'Ziyah Fisher, and Tabatha Kunz (collectively "Plaintiffs").

4. I engaged in settlement negotiations with Defendant Dale E. Kloss ("Defendant") in the Spring of 2024 through Defendant's counsel Travis Morrissey of Morrissey Law Firm.

5. Through these negotiations, the parties were able to reach a settlement of all claims in this case. *See* Email thread, attached as Ex. 2; Settlement Agreements, attached as Ex. 3. Defendant agreed to pay Plaintiffs a total of $87,000, $62,000 to Plaintiffs for back wages, and $25,000 to the Sanford Law Firm for attorney's fees and costs. *Id*.

6. Defendant did not return an executed Settlement Agreement, but Defendant's counsel approved the settlement agreement and signed off on the subsequent joint status reports and notices to the Court regarding the settlement. *See* Email thread, ECF Nos. 104, 106.

7. According to the Settlement Agreement terms, Defendant was required to pay half of the settlement amount ($31,000) to Plaintiffs within 14 days of the parties' filing of a stipulation of dismissal as back wages, to pay the remaining half of the settlement amount ($31,000) within 180 of the parties' filing of the stipulation of dismissal as liquidated damages, and to pay the agreed attorneys' fees ($25,000) within 360 days of the parties' filing of the stipulation of dismissal. *See* Settlement Agreements.

8. The parties filed the Joint Stipulation of Dismissal on 18 September 2024, which triggered the two-week timer on Defendant's first settlement payment. Two weeks came and went, and Defendant did not make a settlement payment.

9. Defendant's second payment was due on March 18; Defendant failed to make this payment as well.

10. Efforts to reach Defendant through his counsel have proved unsuccessful. Given Defendant's pattern of evasive maneuvering throughout this case, I believe Defendant has no intention of making payments pursuant to the Settlement Agreements.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed this 21st day of April, 2025.

*/s/ Sean Short*
**SEAN SHORT**