| | |
|---|---|
| **From:** | **Samuel Brown** samuel@sanfordlawfirm.com |
| **Subject:** | Re: Powell et al. v. Kloss |
| **Date:** | August 14, 2024 at 3:52 PM |
| **To:** | smc tjmlegal.com smc@tjmlegal.com |
| **Cc:** | tjm tjmlegal.com tjm@tjmlegal.com, Sean Short sean@sanfordlawfirm.com, Rachel Key key@sanfordlawfirm.com, Meredith Finkbeiner meredith.finkbeiner@sanfordlawfirm.com |

Thank you for the update Sandra, we'll plan to execute the attorneys' fees agreement as well as send the Plaintiffs their individual agreements to sign tomorrow.

On Wed, Aug 14, 2024 at 2:59 PM smc tjmlegal.com <smc@tjmlegal.com> wrote:

> Mr. Morrissey went over the documents w/his client last week and I believe the client understood and approved as to form and content.
>
> ```
> Sandra Marshall Cain
> Paralegal to Travis J. Morrissey
> Travis J. Morrissey, P.A.
> Morrissey Law Firm
> 835 Central Avenue - Suite 509
> Hot Springs, Arkansas 71901
> Telephone: 501-623-7372
> Facsimile:  501-623-2822
> Web:   hotspringslawyer.net
> smc@tjmlegal.com
> ```
>
> **CONFIDENTIALITY NOTICE**
> ```
> The information contained in this electronic message (and/or the documents accompanying it) is
> attorney privileged and confidential and intended only for the use of the individual or entity
> named above. The information is private, and is legally protected by law. If you are not the
> intended recipient, you are hereby notified that any disclosure, copying, distributing or the
> taking of any action in reliance on the contents of this information is strictly prohibited. If
> you received this electronic message in error, please notify this office immediately by telephone
> to arrange for return of the documents. Thank you.
> ```
>
> **From:** Samuel Brown <samuel@sanfordlawfirm.com>
> **Sent:** Wednesday, August 14, 2024 11:29 AM
> **To:** smc tjmlegal.com <smc@tjmlegal.com>; tjm tjmlegal.com <tjm@tjmlegal.com>
> **Cc:** Sean Short <sean@sanfordlawfirm.com>; Rachel Key <key@sanfordlawfirm.com>; Meredith Finkbeiner <meredith.finkbeiner@sanfordlawfirm.com>
> **Subject:** Re: Powell et al. v. Kloss
>
> Good morning Travis and Sandra, can you let us know an update on where things are with the settlement agreement documents? It's been over a month since we sent the drafts and our clients are letting us know they're unhappy with the delay.



**Samuel Brown**
**Attorney at Law , Sanford Law Firm**

800-615-4946 (Main) | 501-500-9744 (Direct)

samuel@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

Attorneys admitted in courts in AR • CO • IL • MI • MO • ND • NE • NM • OH • OK • TN • TX • WA • WI

🏅 **No. 1 Plaintiff Employment Law Firm in the U.S.** 🏅

    

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*

On Mon, Jul 15, 2024 at 8:48 AM smc tjmlegal.com <smc@tjmlegal.com> wrote:

> Received and will forward to the client for review.......thank you.
>
> ```
> Sandra Marshall Cain
> Paralegal to Travis J. Morrissey
> Travis J. Morrissey, P.A.
> Morrissey Law Firm
> 835 Central Avenue - Suite 509
> Hot Springs, Arkansas 71901
> Telephone: 501-623-7372
> Facsimile:  501-623-2822
> Web:   hotspringslawyer.net
> smc@tjmlegal.com
> ```
>
> **CONFIDENTIALITY NOTICE**
> ```
> The information contained in this electronic message (and/or the documents accompanying it) is
> attorney privileged and confidential and intended only for the use of the individual or entity
> named above. The information is private, and is legally protected by law. If you are not the
> intended recipient, you are hereby notified that any disclosure, copying, distributing or the
> taking of any action in reliance on the contents of this information is strictly prohibited. If
> you received this electronic message in error, please notify this office immediately by
> telephone to arrange for return of the documents. Thank you.
> ```
>
> **From:** Samuel Brown <samuel@sanfordlawfirm.com>
> **Sent:** Friday, July 12, 2024 4:21 PM
> **To:** tjm tjmlegal.com <tjm@tjmlegal.com>
> **Cc:** smc tjmlegal.com <smc@tjmlegal.com>; Sean Short <sean@sanfordlawfirm.com>
> **Subject:** Re: Powell et al. v. Kloss
>
> Good afternoon Travis, I'm attaching a draft template agreement for Mattie Powell, which we anticipate duplicating for the other 13 Plaintiffs. Also attached is the payment split for the Plaintiffs, as well as an attorneys' fee agreement and a draft Consent Judgment.
>
> My thought was that we would finalize the agreements, set a 30-day window in which the parties could sign the documents, dismiss any non-signing Plaintiffs without prejudice at the end of that period, and then file a Stipulation of Dismissal. Plaintiffs' payments are split into two halves, one being a few weeks after dismissal and the other being 6 months after dismissal. The attorney's fee payment would bring up the rear 360 days after dismissing.
>
> Let me know if these look acceptable or if you have any proposed changes or additional thoughts on the process. In the meantime, have a good weekend.
>
> 
>
> **Samuel Brown**
>
> **Attorney at Law , Sanford Law Firm**
>
> 800-615-4946 (Main) | 501-500-9744 (Direct)
>
> samuel@sanfordlawfirm.com | www.sanfordlawfirm.com
>
> 10800 Financial Centre Parkway, Suite 510
> Little Rock, AR 72211
>
> Attorneys admitted in courts in AR • CO • IL • MI • MO • ND • NE • NM • OH • OK • TN • TX • WA • WI
>
>  **No. 1 Plaintiff Employment Law Firm in the U.S.** 
>
>    
>
> *This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*
>
>> On Thu, Jun 20, 2024 at 10:44 AM smc tjmlegal.com <smc@tjmlegal.com> wrote:
>>
>>> Per Travis who just walked in and read over my shoulder - looks good; please notify the Court.
>>>
>>> ```
>>> Sandra Marshall Cain
>>> ```

```
Paralegal to Travis J. Morrissey
Travis J. Morrissey, P.A.
Morrissey Law Firm
835 Central Avenue - Suite 509
Hot Springs, Arkansas 71901
Telephone: 501-623-7372
Facsimile:  501-623-2822
Web:  hotspringslawyer.net
smc@tjmlegal.com
```

**CONFIDENTIALITY NOTICE**
```
The information contained in this electronic message (and/or the documents accompanying it) is
attorney privileged and confidential and intended only for the use of the individual or entity
named above. The information is private, and is legally protected by law. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distributing or the
taking of any action in reliance on the contents of this information is strictly prohibited.
If you received this electronic message in error, please notify this office immediately by
telephone to arrange for return of the documents. Thank you.
```

**From:** Sean Short <sean@sanfordlawfirm.com>
**Sent:** Thursday, June 20, 2024 10:35 AM
**To:** tjm tjmlegal.com <tjm@tjmlegal.com>
**Cc:** smc tjmlegal.com <smc@tjmlegal.com>; Samuel Brown <samuel@sanfordlawfirm.com>
**Subject:** Re: Powell et al. v. Kloss

Travis,

Thanks for the call yesterday. This is to confirm that Plaintiffs will accept Defendant's offer to settle this matter for a total sum of $87,000. The $87,000 will be allocated as follows:

$27,000 to be allocated between Plaintiffs Haynie, Kidd, M. Powell, Sanadoval, L. Powell, Smith, Briggs, Venable, and Kunz;

$35,000 to be allocated between Plaintiffs Fisher, Kimbrell, Parker-Shipman, Richardson, and Ford.

$25,000 for fees and costs.

All payments to be made within 12 months.

I've attached a draft notice of settlement and motion to continue the trial. Please let me know if this is acceptable and I will get the notice filed so we can let the Court know.

> On Jun 12, 2024, at 4:02 PM, Sean Short <sean@sanfordlawfirm.com> wrote:
>
> Travis,
>
> Attached is a breakdown of how we envision the pool of $27,000 being allocated among the nine Plaintiffs that did not attend the mediation.
>
> The five Plaintiffs that did attend the mediation would have a separate pool of $35,000 set aside to be allocated pro rata based on tenure/hours worked.
>
> And then there would be a third bucket of $25,000 for fees and costs.
>
>> On Jun 6, 2024, at 8:41 AM, smc tjmlegal.com <smc@tjmlegal.com> wrote:
>>
>> We reached out to Mr. Morrissey's client yesterday; we'll update you as soon as we hear back.
>>
>> ```
>> Sandra Marshall Cain
>> Paralegal to Travis J. Morrissey
>> Travis J. Morrissey, P.A.
>> Morrissey Law Firm
>> 835 Central Avenue - Suite 509
>> Hot Springs, Arkansas 71901
>> Telephone: 501-623-7372
>> Facsimile:  501-623-2822
>> Web:  hotspringslawyer.net
>> smc@tjmlegal.com
>> ```
>>
>> **CONFIDENTIALITY NOTICE**
>> The information contained in this electronic message (and/or the documents accompanying it) is attorney privileged and confidential and intended only for the use of the individual or entity named above. The information is private, and is legally protected by law. If you are not the intended recipient, you are hereby notified that any disclosure, copying,

```
not the intended recipient, you are hereby notified that any disclosure, copying,
distributing or the taking of any action in reliance on the contents of this information is
strictly prohibited. If you received this electronic message in error, please notify this
office immediately by telephone to arrange for return of the documents. Thank you.
```

**From:** Sean Short <sean@sanfordlawfirm.com>
**Sent:** Wednesday, June 5, 2024 4:08 PM
**To:** tjm tjmlegal.com <tjm@tjmlegal.com>
**Cc:** smc tjmlegal.com <smc@tjmlegal.com>
**Subject:** Powell et al. v. Kloss

Hi Travis,

The last we heard you were trying to get in touch with Mr. Kloss about seeing if we could resolve without a trial. Trial is back on us again and we have jury instructions due on Monday. Before the mediation ended abruptly, the amount Mr. Kloss was offering for liability and fees and costs came to $86,000 and we were at $90,000. Does your client want to split the difference at $88,000? We could break it down basically like we had before with $36,000 to be split between the five Plaintiffs that were at mediation, a pool of $27,000 for the 9 Plaintiffs that were at mediation, and $25,000 for fees and costs. The amount to the Plaintiffs would be allocated pro rata based on their potential damages and any Plaintiffs that do not execute a settlement agreement would have their allocation reverted back to the Defendant.

Please let me know where we stand. Thanks.

### Sean Short

**Attorney at Law, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1650 (Direct)

sean@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

Attorneys admitted in courts in AR • CO • IL • MI • MO • ND • NE • NM • OH • OK • TN • TX • WA • WI

 No. 1 Plaintiff Employment Law Firm in the U.S. 

*This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.*