## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

**MATTIE POWELL, individually;**
 **And, on Behalf of All Others Similarly Situated**                             **PLAINTIFF**

**VS.**                    **CASE NO. 6:20-CV-06145-SOH**

**DALE E. KLOSS**                                                                        **DEFENDANT**

### DEFENDANT'S RESPONSE TO MOTION AND BRIEF
### TO ENFORCE SETTLEMENT AGREEMENT

Comes now the Defendant, by and through his attorney, Travis J. Morrissey of the Morrissey Law Firm; and, for his Response to the Motion and Brief to Enforce Settlement Agreement herein, states:

1.     That this attorney has made reasonable efforts to contact the Defendant herein and, upon information and/or belief, the Defendant is of the belief that he had 360 days within which to pay the agreed upon amounts and plans to do so in said timeframe.

2.     That as the Defendant is elderly and does not appear to be in good health, this attorney would affirmatively state that he is unable to ascertain whether the Defendant fully understands the scope of the terms as previously set out in the settlement agreement.

**WHEREFORE**, Defendant prays that this Honorable Court dismiss the Plaintiffs' Motion herein; and, for any and all other relief to which he may be entitled.

*Powell vs. Kloss*
Defendant's Response to Motion and Brief o Enforce Settlement Agreement

---

                                Respectfully submitted,

By:      **/s/ Travis J. Morrissey**
           Travis J. Morrissey, Arkansas Bar #99033
           **Morrissey Law Firm**
           835 Central Avenue – Suite 509
           Hot Springs, Arkansas 71901
           (501) 623-7372 or 622-6767 Telephone
           (501) 623-2822 Facsimile
           Electronic Mail - tjm@tjmlegal.com
           Website – Hotspringslawyer.net