IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**                    **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.                    No. 6:20-cv-06145-SOH

**DALE E. KLOSS**                                     **DEFENDANT**

## REPLY IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT

      Defendant's response offers no valid excuse for his failure to comply with the payment schedule clearly set forth in the Settlement Agreement. The Agreement contains three distinct payment deadlines: $31,000 in back wages due within 14 days of dismissal, $31,000 in liquidated damages due within 180 days, and $25,000 in attorneys' fees due within 360 days. This Court dismissed the case on September 19, 2024, making Defendant's first payment due October 3, 2024, and his second payment due March 18, 2025. Neither payment has been made. Defendant's belief that he had 360 days to make all payments is unsupported by the text of the Agreement and does not excuse his breach.

      Defendant's counsel also suggests that due to Defendant's age and apparent health issues, he may not fully understand the terms of the Agreement. However, there is no evidence before the Court to support a claim of incapacity or to suggest that

Page 1 of 2
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) Case No. 6:20-cv-06145-SOH
Reply in Support of Motion to Enforce Settlement

Defendant was unaware of the Agreement's terms at the time of execution. Defendant was represented by counsel throughout the negotiation and acceptance of the Agreement, and no motion has been filed to challenge the Agreement's validity on any such basis. Defendant's personal circumstances, while sympathetic, do not justify his failure to make payments that were negotiated, agreed upon, and due months ago.

At this point, Defendant is in breach of two of the three required payments under the Agreement. Plaintiffs are not required to wait for Defendant to miss the final payment deadline before seeking relief. Plaintiffs respectfully request that the Court enter an order enforcing the Settlement Agreement, directing Defendant to make the overdue payments totaling $62,000 in back wages and liquidated damages.

Respectfully submitted,

**MATTIE POWELL, et al., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Mattie Powell, et al. v. Dale E. Kloss
U.S.D.C. (W.D. Ark.) Case No. 6:20-cv-06145-SOH
Reply in Support of Motion to Enforce Settlement