IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**MATTIE POWELL, SAMANTHA HAYNIE**                      **PLAINTIFFS**
**CHEYENNE KIMBRELL, ALEXANDRIA**
**PARKER-SHIPMAN, LANI POWELL,**
**DESTINY RICHARDSON, TATIANA**
**SANDOVAL, TAYLOR SMITH and BRIANNA**
**VENABLE, Each Individually and on**
**Behalf of Others Similarly Situated**

vs.                       No. 6:20-cv-06145-SOH

**DALE E. KLOSS**                                                   **DEFENDANT**

## NOTICE REGARDING MOTION TO ENFORCE SETTLEMENT

Plaintiffs respectfully notify the Court that, following the filing of Plaintiffs' Motion to Enforce Settlement (ECF No. 108) and the parties' subsequent briefing, Defendant has tendered payment of $62,000, representing the combined amounts due for back wages and liquidated damages under the parties' Confidential Settlement Agreement and Release.

Pursuant to the terms of the Settlement Agreement, a third and final payment of $25,000 in attorneys' fees remains due on or before September 14, 2025. Plaintiffs reserve all rights under the Agreement with respect to that final payment.

In light of the foregoing, Plaintiffs submit that the issues raised in the Motion to Enforce Settlement with respect to the payment of back wages and liquidated damages have been addressed by Defendant's recent payment, and no further relief appears necessary at this time.

Respectfully submitted,

**MATTIE POWELL, et al., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com