IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTIE POWELL, *et al.*                                                                    PLAINTIFFS

v.                                                   Case No. 6:20-cv-6145

DALE E. KLOSS                                                                              DEFENDANT

## **ORDER**

Before the Court is Plaintiffs' Motion to Enforce Settlement. ECF No. 108. On September 19, 2024, the Court dismissed this matter upon a joint stipulation by the parties. ECF No. 107. On April 21, 2025, Plaintiffs filed the instant motion seeking to enforce the terms of a settlement agreement between the parties, stating that Defendant has not adhered to the terms of the agreement because of a failure to make a required payment. However, on June 23, 2025, Plaintiff filed a Notice stating that Defendant has tendered the requested payment and that no further relief is necessary at this time.

Plaintiffs clearly state that the basis for the instant motion is no longer applicable and that the relief they sought is no longer required. Accordingly, the Court finds that Plaintiffs' Motion to Enforce Settlement (ECF No. 108) should be and is hereby **DENIED** as **MOOT**.

**IT IS SO ORDERED**, this 25th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge