

Rebecca Matlock &lt;rebecca@sanfordlawfirm.com&gt;

## Fwd: Powell v. Kloss -- Attorney Fee Payment

**Sean Short** &lt;sean@sanfordlawfirm.com&gt;  Mon, Oct 20, 2025 at 1:39 PM
To: Rebecca Matlock &lt;rebecca@sanfordlawfirm.com&gt;

Sean Short
Attorney at Law
Sanford Law Firm
501-904-1650 (Direct)
sean@sanfordlawfirm.com
www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211



NOTICE:  This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential.  The communication is subject to any applicable attorney-client and/or work-product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

> Begin forwarded message:
>
> **From:** "smc tjmlegal.com" &lt;smc@tjmlegal.com&gt;
> **Subject: Re: Powell v. Kloss -- Attorney Fee Payment**
> **Date:** October 20, 2025 at 1:23:05 PM CDT
> **To:** Sean Short &lt;sean@sanfordlawfirm.com&gt;
> **Cc:** "tjm tjmlegal.com" &lt;tjm@tjmlegal.com&gt;
>
> Good Afternoon.  After a second inquiry, Mr. Kloss again said he would like proof the dancers had been paid.
>
> ```
> Sandra Marshall Cain
> Paralegal to Travis J. Morrissey
> Travis J. Morrissey, P.A.
> Morrissey Law Firm
> 835 Central Avenue - Suite 509
> Hot Springs, Arkansas 71901
> Telephone: 501-623-7372
> Facsimile:  501-623-2822
> Web:    hotspringslawyer.net
> smc@tjmlegal.com
>
> CONFIDENTIALITY NOTICE
> The information contained in this electronic message (and/or the documents accompanying it) is
> attorney privileged and confidential and intended only for the use of the individual or entity
> ```

```
named above. The information is private, and is legally protected by law. If you are not the
intended recipient, you are hereby notified that any disclosure, copying, distributing or the
taking of any action in reliance on the contents of this information is strictly prohibited. If
you received this electronic message in error, please notify this office immediately by telephone
to arrange for return of the documents. Thank you.
```

**From:** Sean Short <sean@sanfordlawfirm.com>
**Sent:** Monday, October 20, 2025 11:25 AM
**To:** smc tjmlegal.com <smc@tjmlegal.com>
**Cc:** tjm tjmlegal.com <tjm@tjmlegal.com>
**Subject:** Re: Powell v. Kloss -- Attorney Fee Payment

Hi Sandra,

Has Mr. Kloss reconsidered his decision to improperly withhold the attorney fee check? We would really like to resolve this without having to go to the Court again, especially when his reasoning is so factually and legally incorrect.

Sean Short
Attorney at Law
Sanford Law Firm
501-904-1650 (Direct)
sean@sanfordlawfirm.com
www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211



NOTICE: This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential. The communication is subject to any applicable attorney-client and/or work-product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments. Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

> On Oct 14, 2025, at 8:46 AM, smc tjmlegal.com <smc@tjmlegal.com> wrote:
>
> I'll let him know. Thanks for your prompt response. Have a good day.
>
> ```
> Sandra Marshall Cain
> Paralegal to Travis J. Morrissey
> ```
> **Travis J. Morrissey, P.A.**
> **Morrissey Law Firm**
> ```
> 835 Central Avenue - Suite 509
> Hot Springs, Arkansas 71901
> Telephone: 501-623-7372
> Facsimile:   501-623-2822
> Web:    hotspringslawyer.net
> ```
> smc@tjmlegal.com
>
> ```
> CONFIDENTIALITY NOTICE
> The information contained in this electronic message (and/or the documents
> accompanying it) is attorney privileged and confidential and intended only for the
> use of the individual or entity named above. The information is private, and is
> legally protected by law. If you are not the intended recipient, you are hereby
> notified that any disclosure, copying, distributing or the taking of any action in
> ```

```
reliance on the contents of this information is strictly prohibited. If you received
this electronic message in error, please notify this office immediately by telephone
to arrange for return of the documents. Thank you.
```

**From:** Sean Short <sean@sanfordlawfirm.com>
**Sent:** Monday, October 13, 2025 4:37 PM
**To:** smc tjmlegal.com <smc@tjmlegal.com>
**Cc:** tjm tjmlegal.com <tjm@tjmlegal.com>
**Subject:** Re: Powell v. Kloss -- Attorney Fee Payment

We don't owe Mr. Kloss proof of anything. Frankly, given the considerable delay on his end in paying the liability portion, it is surprising that he would question whether we have fulfilled our obligations. I don't know when or from whom Mr. Kloss received these reports, but I can assure you that all Plaintiffs have been issued their settlement funds. However, out of respect for client confidentiality and our ethical obligations, we will not be providing copies of these checks or our account records. If Mr. Kloss believes he has a basis to withhold payment under the settlement agreement, he may raise those arguments in response to a motion to enforce, which we will file if the attorney fee payment is not received by the end of this week.

Sean Short
Attorney at Law
Sanford Law Firm
501-904-1650 (Direct)
sean@sanfordlawfirm.com
www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

<attachment.png>

NOTICE:  This communication is covered by the Electronic Communications Privacy Act, found at 18 USC 2510 et seq, and is intended to remain confidential.  The communication is subject to
any applicable attorney-client and/or work-product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert
the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and, if you are not the intended
recipient, do not disclose the information contained in this communication or any attachments. Unless expressly stated otherwise, nothing contained in this
message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

> On Oct 13, 2025, at 1:53 PM, smc tjmlegal.com <smc@tjmlegal.com> wrote:
>
> Good afternoon.  We have spoken to Mr. Kloss; he is getting reports that the girls have not been paid their money from your firm and he would like to confirm that has taken place by receiving proof of that payment.  He said he could and would be happy to immediately pay the remaining amount upon that confirmation.  Please advise.
>
> ```
> Sandra Marshall Cain
> Paralegal to Travis J. Morrissey
> ```
> **Travis J. Morrissey, P.A.**
> **Morrissey Law Firm**
> ```
> 835 Central Avenue - Suite 509
> Hot Springs, Arkansas 71901
> Telephone: 501-623-7372
> Facsimile:  501-623-2822
> Web:    hotspringslawyer.net
> ```
> smc@tjmlegal.com

**CONFIDENTIALITY NOTICE**

The information contained in this electronic message (and/or the
documents accompanying it) is attorney privileged and confidential and
intended only for the use of the individual or entity named above. The
information is private, and is legally protected by law. If you are not
the intended recipient, you are hereby notified that any disclosure,
copying, distributing or the taking of any action in reliance on the
contents of this information is strictly prohibited. If you received
this electronic message in error, please notify this office immediately
by telephone to arrange for return of the documents. Thank you.

---

**From:** Sean Short <sean@sanfordlawfirm.com>
**Sent:** Tuesday, October 7, 2025 12:15 PM
**To:** tjm tjmlegal.com <tjm@tjmlegal.com>; smc tjmlegal.com <smc@tjmlegal.com>
**Subject:** Powell v. Kloss -- Attorney Fee Payment

Travis and Sandra,

I wanted to check on the status of the third and final settlement payment — the $25,000 payment to Sanford Law Firm for fees and costs — which was due on September 14, 360 days after dismissal.

Thanks.

Sean Short
Attorney at Law
Sanford Law Firm
501-904-1650 (Direct)
sean@sanfordlawfirm.com
www.sanfordlawfirm.com
10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

<attachment.png>

NOTICE:  This communication is covered by the Electronic Communications
Privacy Act, found at 18 USC 2510 et seq, and is intended to remain
confidential.  The communication is subject to any applicable attorney-client and/or
work-product privileges.  If you are not the intended recipient of this message, or
if this message has been addressed to you in error, please immediately alert
the sender by reply e-mail and then delete this message and all attachments.  Do
not deliver, distribute or copy this message and/or any attachments and, if you are
not the intended recipient, do not disclose the information contained in
this communication or any attachments. Unless expressly
stated otherwise, nothing contained in this message should be construed as a digital
or electronic signature, nor is it intended to reflect an intention to make an agreement
by electronic means.