# SETTLEMENT AGREEMENT AND ATTORNEYS' FEES CONTRACT

1.    This Settlement Agreement and Attorneys' Fees Contract ("Contract") is entered into by and between Sanford Law Firm, PLLC (the "Firm") and Dale E. Kloss ("Defendant"). The Firm and Defendant are jointly referred to herein as the "Parties."

2.    <u>Statement of Pending Claims</u>. On December 8, 2020, Mattie Powell, Samantha Haynie, Cheyenne Kimbrall, Alexandria Parker-Shipman, Lani Powell, Destiny Richardson, Tatiana Sandoval, Taylor Smith, and Brianna Venable filed the Civil Action, *Mattie Powell, et al. v. Dale E. Kloss*, No. 6:20-v-6145-SOH in the United States District Court for the Western District of Arkansas (the "Action"). Six additional individuals subsequently filed Consents to Join the Action. These six individuals, along with the eight who brought the Complaint, are hereinafter referred to as "Plaintiffs." In the Action, Plaintiffs claim that Defendant failed to pay Plaintiffs their proper minimum wage and overtime amounts due under the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA"). The Parties have reached a settlement that will resolve all such claims.

3.    <u>Payments</u>. In exchange for the Firm's release of claims for attorneys' fees and costs incurred in litigating the Action, Defendant agrees to pay the Firm the total sum of **Twenty-Five Thousand Dollars** ($25,000.00). The payment shall be delivered to Sanford Law Firm, PLLC, 10800 Financial Centre Parkway, Suite 510, Little Rock, Arkansas 72211, within three hundred and sixty (360) days of the Parties' filing a Joint Stipulation of Dismissal with Prejudice in the Action. Defendant will issue the Firm an IRS Form 1099 reflecting this payment.

4.    <u>Release of Claims</u>. In exchange for the promises contained herein, the Firm hereby fully, finally and forever releases and discharges all claims of attorneys' fees and costs incurred in the litigation of the Action.

5.    <u>Default</u>. Should Defendant fail to timely tender the payment set forth in Paragraph 3, the Firm is entitled to the entry of a consent judgment against Defendant and any successors in interest, assigns, beneficiaries, donees, and subsidiaries, with service having been waived, to the immediate payment of the then present outstanding balance owed on the remaining payment pursuant to this Agreement. Further, the Plaintiffs and the Firm will be entitled to entry of the Consent Judgment attached hereto as **Appendix 1**, which encompasses this Agreement as well as each Plaintiff's individual agreement with Defendant. The

Firm and Plaintiffs may elect or not elect to enter a consent judgment upon this default in their sole discretion.

6. <u>Headings</u>. The headings contained in the Contract are for reference purposes only and shall not in any way affect the meaning or interpretation of this Contract.

7. <u>Choice of Law</u>. This Contract is to be interpreted pursuant to the laws of Arkansas, except where the application of federal law applies.

8. <u>Waiver</u>. Any failure by any party to insist upon the strict performance by the other party of any of the provisions of this Contract shall not be deemed a waiver of any of the other provisions of this Contract, and such party, notwithstanding such failure, shall have the right thereafter to insist upon the specific performance of any and all of the provisions of this Contract.

9. <u>Severability</u>. The provisions of this Contract are severable, and if any part of it is found to be unenforceable, the other parts shall remain fully valid and enforceable.

10. <u>Counterparts</u>. The Contract may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed the same Contract. This Contract may be signed electronically, and a signed copy of the Contract delivered by electronic means to the Firm or counsel for Defendant shall be deemed to have the same legal effect as delivery of a physical copy of the Contract.

_____          _____
**Sanford Law Firm, PLLC**                                **Dale E. Kloss**

By (print): __Sean Short__                     Date: _____

Date: __8/15/24__