IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MATTIE POWELL, *et al.*                                                                           PLAINTIFFS

v.                                    Case No. 6:20-cv-6145

DALE E. KLOSS                                                                         DEFENDANT

## **ORDER**

Before the Court is Plaintiffs' Second Motion to Enforce Settlement. ECF No. 115. On September 19, 2024, the Court dismissed this matter upon a joint stipulation by the parties. ECF No. 107. On November 10, 2025, Plaintiffs filed the instant motion seeking to enforce the terms of a settlement agreement between the parties, stating that Defendant has not adhered to the terms of the agreement because of a failure to make a required payment regarding attorney's fees. However, on December 2, 2025, Plaintiffs filed a Notice stating that Defendant has tendered the required attorney's fees payment and that no further relief is necessary at this time. ECF No. 117.

Plaintiffs clearly state that the basis for the instant motion is no longer applicable and that the relief they sought is no longer required. Accordingly, the Court finds that Plaintiffs' Second Motion to Enforce Settlement (ECF No. 115) should be and hereby is **DENIED** as **MOOT**.

**IT IS SO ORDERED**, this 4th day of December, 2025.

                                                                 /s/ Susan O. Hickey
                                                                 Susan O. Hickey
                                                                United States District Judge